UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ELIZABETH DIAZ,

    Plaintiff,

v.                                        CASE NO: 8:10-cv-1677-T-26AEP

CACV OF COLORADO, LLC,
LAW OFFICES OF HAROLD E.
SCHERR, P.A. and ALEX MCCLURE,

    Defendant.

_____/

## O R D E R

The Court considers this case *sua sponte* pursuant to the provisions of Local Rule 1.07(b). After doing so, the Court concludes that this case is due to be dismissed without prejudice and without further notice for failure to abide by the time requirements of the rule.

The record reflects that service of process was effected on Defendants on August 10, 13, and 19, 2010.[1] The record further reflects that more than sixty days has elapsed as to each Defendant, and Plaintiff has failed either to obtain a clerk's default and a default final judgment as to any Defendant, or to seek an extension of time within which to do so, as required by Local Rule 1.07(b).

---

[1] See dockets 6, 7, and 8.

**ACCORDINGLY**, this case is dismissed without prejudice. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on October 19, 2010.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record